JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD J. THOMAS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS DeJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. 5:20-cv-01364-JGB-SHK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

1  IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees.

DATED: March 5, 2024

_____
Jesus G. Bernal, U.S. District Judge

PRESENTED BY:

LAW OFFICE OF NANCYROSE HERNANDEZ

/s/ *Nancyrose Hernandez**
NANCYROSE HERNANDEZ
Attorneys for Plaintiff


E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Yujin Chun*
YUJIN CHUN
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant

*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.